Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MARIA AVILA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARIA E. AVILA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:　1:09-CV-02139 SMS<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE;<br><br>ORDER |

　　　Plaintiff Maria Avila ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 20, 2010; and that Defendant shall have until October 20, 2010, to file his opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

An extension of time was needed in order to properly address the issues within the 617 page administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 21, 2010                 Respectfully submitted,

                                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ Steven G. Rosales
BY: _____
      Steven G. Rosales
      Attorney for plaintiff MARIA AVILA

DATED:  July 21, 2010             BENJAMIN WAGNER
                                    United States Attorney

                                     */S/- *Cynthia De Nardi*

                                     _____
                                     Cynthia De Nardi
                                     Special Assistant United States Attorney
                                     Attorney for Defendant
                                     [*Via email authorization]

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including June 30, 2010, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to July 30, 2010 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

Dated:   August 3, 2010            /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com