1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
           333 Market Street, Suite 1500
5          San Francisco, California 94105
           Telephone: (415) 977-8961
6          Facsimile: (415) 744-0134
           Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MARIA ELENA AVILA, ) | Case No. 1:09-CV-02139-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR** |
| ) | **A FIRST EXTENSION OF 30 DAYS** |
| vs. ) | **FOR DEFENDANT TO RESPOND** |
| ) | **TO PLAINTIFF'S OPENING BRIEF** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  The undersigned was recently reassigned 12 district court cases with filing deadlines between September 27, 2010 and October 27, 2010.  Yesterday, the undersigned was also reassigned an appellate brief with a filing deadline of October 26, 2010, as a result of a senior attorney's departure.  The reassigned cases are in addition to the undersigned's active employment discrimination cases before the Equal Employment Opportunity Commission (EEOC), one case of which required travel the week of

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  October 11, 2010.  Counsel for the Commissioner requires additional time in order
2  to respond to Plaintiff's arguments.  The current date is October 20, 2010.  The
3  new due date will be November 19, 2010.

4      The parties further stipulate that the Court's Scheduling Order shall be
5  modified accordingly.

                Respectfully submitted,

8  Date:  October 15, 2010     /s/ *Steven G. Rosales**
                           Steven G. Rosales
9                            Law Offices of Lawrence D. Rohlfing
                           (* by telephonic authorization 10/15/10)

11                            Attorney for Plaintiff

13 Date:  October 15, 2010     BENJAMIN B. WAGNER
                           United States Attorney

14                            /s/ *Cynthia B. De Nardi*
15                            CYNTHIA B. DE NARDI
                           Special Assistant U.S. Attorney

17                            Attorneys for Defendant

18
                                  <u>ORDER</u>

20     APPROVED AND SO ORDERED:

21 Dated:  October 18, 2010      /s/ Sandra M. Snyder
22                            UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com